RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 31 2015

Abel Acosta, Clerk

81,352-03

[WR-81,352-02];

[COURT of CRIMINAL APPEALS
of TEXAS];

ALLEN PENA

V.

THE STATE of TEXAS

CLERK : CAN you PLEASE'''-[ADVISE''-[ME''-[of'''-[THE''
[MANDATE'''-[CONCERNING''': SAID motion ;

motion for MANDATING A PROCEDURAL ASSERTIVENESS
of unConstitutional GROUNDS tHAt Will AdeQUATELY - GOVERN A motion to VACATE,
SET'ASIDE, OR CORRECT THE SENTENCE - [IN'WHICH' Will inCORpoRATE'''-
[A'''-[motion''-foR AppEAlABility :[EX pARTE PENA, No. WR-81;352-02]

[THE'''-[WRIt No] of '''-[ex pARTE PENA, No. WR-81,352-03]''': iNDEALiNG
WitH '''- tHE'' folloWING'''- motion-[HAS'''-[A''- SpElliNG'''-ERROR'''-[CAN you PlEASE
[fix '''- it :

motion foR MANDATING A PROCEDURAL ASSERTIVENESS of
unConstitutional GROUNDS ... tHAt'''- Will AdeQuAtEly GOVERN A motion TO VACATE,
SET'ASIDE , oR CORRECt tHE SENTENCE , iN'WHICH Will iNCORpoRAtE A
motion TO AMEND.

RESPECtfully SUBMitted

ALLEN PENA
T.J.C.J. No. 1790277
PETitioNER; PRO SE
JAMES V. AllRED UNit
2101 FM 369 N.
IOWA PARK ,TX 76367

[RETURN SERVICE REQUESTED]

[28 u.s.c. §1746] EXECUTED : 3.25.15.